UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

FREDERICK C. REED,                                                    06-CV-0075E(M)
                    Plaintiff,

        -vs-

COMMISSIONER OF SOCIAL SECURITY,                                            ORDER
                    Defendant.[1]

_____

        The Honorable Jeremiah J. McCarthy, a Magistrate Judge in this judicial

district, having conducted all proceedings necessary to determine the merits of

factual and legal issues presented in this matter pursuant to this Court's referral

under 28 U.S.C. §636(b)(1)(B), and having on May 15, 2007 filed his Report and

Recommendation concerning such, and no objection thereto having been made, and

the substance and rationale of said Report and Recommendation having been

considered by this Court, it is hereby

        **ORDERED** that said Report and Recommendation is fully confirmed, the

defendant's motion for judgment on the pleadings is denied and plaintiff's motion for

judgment on the pleadings is granted to the extent that this matter is remanded to

the Commissioner for further proceedings.

DATED:        Buffalo, N.Y.
              May 31, 2007

                                        _____
                                             */s/ John T. Elfvin*
                                             JOHN T. ELFVIN
                                                S.U.S.D.J.

_____

        [1]For convenience defendant will be identified by the official title only.  *See* F.R.Cv.P.
25(d); 42 U.S.C. §405(g) (action survives despite change in office of Commissioner).